UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDDIE MAHINAN, et al, | Case No.: C 12-5587 PSG |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALLIANCE BANKCORP, et al | |
| Defendants. | |

On December 18, 2012, Plaintiffs Freddie Mahinan, et al, ("Plaintiffs") failed to appear at a case management conference hearing or to file a case management statement.

IT IS HEREBY ORDERED that no later than January 25, 2012, Plaintiffs shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[1]

Dated: December 19, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Fed. R. Civ. P. 41(b).

Case No.: 11-1469
ORDER

1