UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDDIE MAHINAN, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLIANCE BANKCORP, et al,<br><br>　　　　　Defendants. | Case No.: C 12-5587 PSG<br><br>**ORDER THAT CASE BE REASSIGNED WITH RECOMMENDATION THAT THE CASE BE DISMISSED** |

　　　After Plaintiffs Freddie Mahinan, et al, ("Plaintiffs") failed to appear for a case management conference on December 18, 2012, this court ordered Plaintiff to show cause in writing by January 25, 2013 why the case should not be dismissed for failure to prosecute.[1] The docket reflects that Plaintiff has taken no further steps in this case, and the deadline to show cause now has passed.

　　　Accordingly, the court hereby ORDERS that this case be reassigned to a District Judge[2] with the recommendation that Plaintiff's complaint be dismissed for failure to prosecute.

---

[1] *See* Docket No. 6.

[2] This court is ordering reassignment to a District Judge because, absent consent of all parties, a Magistrate Judge does not have the authority to make case-dispositive rulings. *See, e.g.*, *Tripati v. Rison*, 847 F.2d 548, 548-49 (9th Cir. 1988).

1 | Dated: January 28, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*